UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NIKITA VLADIMIR KHABAROV,

       Petitioner,

v.                                              4:18cv60–WS/CAS

JEFF SESSIONS, et al.,

       Respondents.

_____

ORDER OF DISMISSAL

       Before the court is the magistrate judge's report and recommendation (doc. 11) docketed May 8, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's release from detention.

       Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

       Accordingly, it is ORDERED:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. Respondents' motion to dismiss (doc. 10) is GRANTED.

3. Petitioner's petition for writ of habeas corpus is hereby DISMISSED as moot based on Petitioner's release from detention.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this ___6th___ day of ___June___, 2018.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE